FILED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 2484

The person charged as SOTO, Alex now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District North Carolina of on with Title 21 Section 841 (a)(1); 846 in violation of:

Conspiracy to distribute more than 5 kilograms of Cocaine and 100 Kilograms of Cocaine and 100 Kilograms of Marijuana

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 8/11/08

Omar Castillo
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

Assistant United States Attorney

DO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

RECEIVED
U.S. MARSHALS
JUN 10 2004
Eastern North Carolina

UNITED STATES OF AMERICA

v.

ALEX SOTO
595 SAMPSON ACRES DRIVE
CLINTON, NC

WARRANT FOR ARREST

CASE NUMBER: 5:04-cr-201-3BO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALEX SOTO and bring him or her forthwith to the nearest magistrate to answer a(n) X sealed Indictment

____ Information ____ Complaint ____ Order of Court

____ Violation Notice ____ Probation Violation Petition

charging him or her with violation of ____ United States Code, Section(s) ____

Ct. 1 - 21 U.S.C. 841(a)(1); 846 - Conspiracy to distribute more than 5 kilograms of cocaine and 100 kilograms of marijuana.

MICHAEL D. BROOKS
Name of Issuing Officer

ACTING CLERK
Title of Issuing Officer

Signature of Issuing Officer

June 9, 2004- RALEIGH, NC
Date and Location

Bail Recommended: DETENTION

by United States Attorney
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at ____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST | | |

EAO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
OCT 14 2004
US DISTRICT COURT, EDNC
BY DEP CLK

No. 5:04-CR-201-2-BO
No. 5:04-CR-201-3-BO
No. 5:04-CR-201-4-BO
No. 5:04-CR-201-5-BO
No. 5:04-CR-201-7-BO
No. 5:04-CR-201-9-BO

UNITED STATES OF AMERICA

v.

ALFREDO GRANADOS-GARCIA
ALEX SOTO,
a/k/a Fernando Arana-Arana
a/k/a Chino
JOSE MANUEL ARANA-ROMERO,
a/k/a Manny
JAVIER ROMERO VALDEZ
WILBER ARIS DIAZ
JOSE LUIS PECINA,
a/k/a Huicho

INDICTMENT
(SECOND SUPERSEDING)

The Grand Jury charges that:

COUNT ONE

Beginning in or about 2003, the exact date being unknown, and continuing thereafter up to and including the date of this Indictment, in the Eastern District of North Carolina and elsewhere, ALFREDO GRANADOS-GARCIA, ALEX SOTO, also known as Fernando Arana-Arana, also known as Chino, JOSE MANUEL ARANA-ROMERO, also known as Manny, JAVIER ROMERO VALDEZ, WILBER ARIS DIAZ, and JOSE LUIS PECINA, also known as Huicho, defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with other

persons, both known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute more than five kilograms of cocaine, a Schedule II controlled substance, and more than 100 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

COUNT TWO

From in or about 2003, and continuing thereafter up to and including the date of this Indictment, in the Eastern District of North Carolina and elsewhere, ALFREDO GRANADOS-GARCIA and JOSE MANUEL ARANA-ROMERO, also known as Manny, defendants herein, together with others both known and unknown, did combine, conspire, confederate, agree and have a tacit understanding to knowingly and intentionally commit certain offenses against the Unites States as follows:

(a) transported United States Currency from a place in the United States, that is, the Eastern District of North Carolina, to a place outside the United States, that is, Mexico,

(b) with the intent to promote the carrying on of specified unlawful activity, that being, the felonious distribution of cocaine and marijuana as described in Count One, in violation of Title 18, United States Code, Section 1956 (a)(2)(A). All in violation of Title 18, United States Code, Section 1956(h).

## SENTENCING ALLEGATIONS

1. As to Count One of the Indictment: For the purpose of United States Sentencing Guidelines, Section 2D1.1, said offense involved more than 150 kilograms of cocaine, and more than 100 kilograms of marijuana.

2. As to Count One of the Indictment: For the purpose of United States Sentencing Guidelines, Section 3B1.1, defendant ALFREDO GRANADOS-GARCIA, was an organizer, leader, manager, and supervisor of a criminal activity during said offense that involved five or more participants,- and was otherwise extensive.

FORFEITURE NOTICE

ALFREDO GRANADOS-GARCIA, ALEX SOTO, also known as Fernando Arana-Arana, also known as Chino, JOSE MANUEL ARANA-ROMERO, also known as Manny, JAVIER ROMERO VALDEZ, WILBER ARIS DIAZ, and JOSE LUIS PECINA, also known as Huicho,(herein "the defendants") are given notice of the provisions of Title 21, United States Code, Section 853, that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing Indictment, the defendants shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendants obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in the Indictment and any property, real or personal, involved in such offenses, or any property traceable to such property.

The forfeitable property includes, but is not limited to:

(1) the gross proceeds of the defendants' illegal acts, in an amount of at least $ 2,500,000.00;

(2) $1,506,929.00 in United States currency seized from the defendants and held by the government.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL

FOREPERSON

DATE: 10-14-04

FRANK D. WHITNEY
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney



to be a true and correct
copy of the original.
Clerk
United States District Court
Eastern District of North Carolina

08/11/2008 11:11 FAX 9198564113 USMS VFIF 007/008

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-201-2-BO
No. 5:04-CR-201-3-BO
No. 5:04-CR-201-4-BO
No. 5:04-CR-201-5-BO
No. 5:04-CR-201-7-BO
No. 5:04-CR-201-9-BO

FILED
NOV 23 2004
US DISTRICT COURT, EDNC
BY DEP CLK

UNITED STATES OF AMERICA,

v.

ALFREDO GRANADOS-GARCIA
ALEX SOTO,
a/k/a Fernando Arana-Arana
a/k/a Chino
JOSE MANUEL ARANA-ROMERO,
a/k/a Manny
JAVIER ROMERO VALDEZ
WILBER ARIS DIAZ
JOSE LUIS PECINA,
a/k/a Huicho

ORDER TO UNSEAL SECOND SUPERSEDING INDICTMENT

Upon motion of the United States of America, the above-captioned Indictment is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 20 day of November, 2004.

HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA

I certify the foregoing to be a true and correct copy of the original.
, Clerk
United States District Court
Eastern District of North Carolina
Deputy Clerk

119