KAREN P. HEWITT
United States Attorney
JAIME D. PARKS
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7085

Attorneys for Plaintiff
United States of America

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALEX SOTO Defendant. | Criminal Case No. 08MJ2484 |
| | **UNITED STATES' MOTION TO DISMISS ~~INDICTMENT~~** OUT OF DISTRICT COMPLAINT |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and JAIME D. PARKS, Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of the Court to dismiss, without prejudice, the ~~Indictment~~ OUT OF DISTRICT COMPLAINT in the above-captioned case against Defendant the person charged as ALEX SOTO, defendant be released from custody, the detention hearing scheduled for August 14, 2008 be vacated, and the identity hearing scheduled for August 21, 2008, be vacated.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

JAIME D. PARKS
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEX SOTO,<br>Defendant. | ) | Case No. 08MJ2484<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, JAIME D. PARKS, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION TO DISMISS ~~INDICTMENT~~ out of District Complaint on Defendant's counsel, Shaun Khojayan, via facsimile to (619)338-0112.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2008.

Jaime D. Parks

JAIME D. PARKS