FILED
AUG 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALEX SOTO, Defendant. | ) | Criminal Case No. 08MJ2484<br><br>ORDER OF DISMISSAL OF ~~INDICTMENT~~ OUT OF DISTRICT COMPLAINT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the ~~Indictment~~ out of District Complaint in Criminal Case No. 08MJ2484 be dismissed, without prejudice, against Defendant the person charged as ALEX SOTO.

IT IS FURTHER ORDERED that the defendant be released from custody.

IT IS FURTHER ORDERED that the detention hearing scheduled for August 14, 2008 and the identity hearing scheduled for August 21, 2008, be vacated.

DATED: August 12, 2008,

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

JAIME D. PARKS
Assistant U.S. Attorney