# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Alex Soto )

CASE NUMBER 08MJ2484

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/12/08

the Court entered the following order:

✓ Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

______ Defendant released on $______ bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for ______ years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court: ______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

✓ Case Dismissed. Mot fld by Govt

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other. ______

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by Y. Madueno Y. MADUENO
Deputy Clerk

Received JRMERINO
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY